IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PATRICK LEE,

    Plaintiff,

vs.

ANTHONY HAYNES, Warden and
FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV211-127

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that his Complaint should be dismissed only if he can prove no set of facts which would entitle him to relief. Plaintiff also contends that *pro se* filings are to be construed liberally.

In Bell Atlantic Corp. v. Twombly, the Supreme Court "retired" the "no set of facts" standard set forth in Conley v. Gibson, 355 U.S. 41, 45-46 (1957), and noted that, while "a complaint. . . does not need detailed factual allegations," a plaintiff is obliged to "provide the grounds of his entitlement to relief", which requires "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do[.]" Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007). Plaintiff has failed to meet this requirement, even viewing his Complaint liberally. Plaintiff simply has failed to make any allegation that his constitutional rights have been violated.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** due to his failure to state a claim on which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_\_ day of _____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)